FILED
APR 0 3 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JESUS CASTILLO-CASTANEDA t/n, aka Jose Lopez-Castanada, Defendant. | Criminal Case No. 08CR0596GT<br>I N F O R M A T I O N<br>**(Superseding)**<br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about September 11, 2004, within the Southern District of California, defendant JESUS CASTILLO-CASTANEDA, aka Jose Lopez-Castanada, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

WDK:psd:San Diego
4/1/08

Count 2

On or about February 3, 2008, within the Southern District of California, defendant JESUS CASTILLO-CASTANEDA, aka, Jose Lopez-Castanada, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 4-3-08.

KAREN P. HEWITT
United States Attorney

for

DOUGLAS KEEHN
Assistant U.S. Attorney